1038

[No. 47595-2-II.   Division Two.   October 25, 2016.]

DJIBRIL DJIGAL, *Appellant*, v. QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, INC., ET AL., Respondents.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-01782-0, Carol Murphy, J., entered April 17, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Melnick and Sutton, JJ.

[No. 47602-9-II.   Division Two.   October 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MICHAEL DONNETTE-SHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-01173-9, Erik D. Price, J., entered May 19, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 47685-1-II.   Division Two.   October 25, 2016.]

DAVID NICHOLS ET AL., *Appellants*, v. PETERSON NW, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-2-00790-3, Daniel Goodell, J., entered May 11, 2015. *Reversed* and *remanded* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Maxa, JJ. Now published at 197 Wn. App. 491.

[No. 47728-9-II.   Division Two.   October 25, 2016.]

RESTORE EQUITY, LLC, *Appellant*, v. THE BANK OF NEW YORK MELLON, *as Successor in Interest*, Respondent.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-2-01446-7, David L. Edwards, J., entered May 26, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Lee and Melnick, JJ.